UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES

| | |
|---|---|
| CHAPTER | 7 |
| DATE: | November 24, 2015 |
| JUDGE: | Margaret Dee McGarity |
| CASE NO.: | 12-29536-MDM |
| DEBTOR: | Kevin and Willnette Honey |
| NATURE OF HEARING: | Preliminary hearing on the U.S. Trustee's motion to dismiss pursuant to 11 U.S.C. §707(b)(1). |
| APPEARANCES: | Amy Ginsberg, Trial Attorney for U.S. Trustee |
| | Steven Berg, Attorney for Debtors |
| COURTROOM DEPUTY: | Carolyn A. Belunas |
| TIME: | 11:18 - 11:25 am |

The parties agreed to schedule this matter for an evidentiary hearing on January 7, 2016, at 1:30 pm, in Courtroom 150 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin. The allotted time is one-half day. If this matter is resolved the parties should notify the court.